AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SREAM, INC., a California Corporation

*Plaintiff(s)*

v.

INTERNATIONAL TRADE MIAMI, INC., a Florida Corporation

*Defendant(s)*

Civil Action No. 16-cv-24721-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* International Trade Miami, Inc.
R/A Yaron Nativ
471 NE 167th Street
North Miami Beach, Florida 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jamie Alan Sasson
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: November 11, 2016

Select Courthouse

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts